CDC Rev.09/19) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Page 2

DEFENDANT: Katelyn Anne Stetler
CASE NUMBER: 4:18-cr-01080-RBH-26

## IMPRISONMENT

The defendant's term of probation is hereby **REVOKED** and the defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **21 months**.

■ The court makes the following recommendations to the Bureau of Prisons: Defendant serve her sentence at the Alderson, West Virginia facility. Defendant be allowed to participate in any and all drug rehabilitation, treatment, and counseling programs available with the Bureau of Prisons, including the Residential Drug Treatment Program.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _07-27-2020_ to _FCI Tallahassee_

at _Tallahassee_ , with a certified copy of this judgment.

_FOR ERICA Strong_ Warden

~~UNITED STATES MARSHAL~~

By _S. Robinson CSO_

~~DEPUTY UNITED STATES MARSHAL~~